# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CALVIN K. WILLIAMS

NO. 2021 KW 0107

**MARCH 15, 2021**

---

In Re:     Calvin K. Williams, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 31,028.

---

**BEFORE: McDONALD, THERIOT, AND PENZATO, JJ.**

    **WRIT DENIED.** The district court did not err by denying the application for postconviction relief. See **United States v. Dale**, 614 F.3d 942 (8th Cir. 2010), cert. denied, 563 U.S. 918, 131 S.Ct. 1814, 179 L.Ed.2d 774 (2011). See also **State v. LaFrance**, 2017-1013 (La. App. 1st Cir. 2/16/18), 2018 WL 914244 at *8, writ denied, 2018-0395 (La. 10/8/18), 253 So.3d 799 ("[T]he fact that a particular strategy is unsuccessful does not establish ineffective assistance of counsel.").

**JMM**
**MRT**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT